```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

UNITED STATES OF AMERICA,      )
                               )
       Plaintiff,              )
                               )
  v.                           )   No. 4:08-CR-457 CEJ
                               )
RONALD LEON ROBINSON,          )
                               )
       Defendant.              )

## ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Frederick R. Buckles for determination and recommended disposition, where appropriate. On November 14, 2008, Judge Buckles issued a Memorandum, Report and Recommendation with respect to the defendant's motion to suppress evidence. No objections have been filed, and the time allowed for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Memorandum, Report and Recommendation of United States Magistrate Judge Frederick R. Buckles is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motion of defendant Ronald Leon Robinson to suppress evidence [Doc. #18] is **denied**.

```
                              _____
                              CAROL E. JACKSON
                              UNITED STATES DISTRICT JUDGE
```

Dated this 1st day of December, 2008.